UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

January 04, 2024

Mr. Alexander M Musz
Law Office of Alexander M. Musz
2201 North Kipling Street, Suite 206
Lakewood, CO 80215

**RE:** 23-1386, In re: Cowen
Dist/Ag docket: 1:21-CV-03133-GPG

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on January 4, 2024. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before February 13, 2024. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Jared Trenton Cowen

CMW/lg